JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 5911000
Facsimile: (415) 591-1400

CAITLIN W. TRAN (SBN: 305626)
cwtran@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants
ARTHUR J. GALLAGHER & CO.;
ARTHUR J. GALLAGHER SERVICE COMPANY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA RUBIN-KNUDSEN, an individual; and MARNINE CASILLAS, an individual on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTHUR J. GALLAGHER & CO., a Delaware corporation, ARTHUR J. GALLAGHER SERVICE COMPANY LLC, a limited liability company,<br><br>Defendants. | Case No. 2:18-cv-06227-JGB-SP<br><br>~~[PROPOSED]~~ ORDER REGARDING STIPULATED PROTECTIVE ORDER CONCERNING DISCOVERY AND CONFIDENTIAL INFORMATION |

# [PROPOSED] ORDER

The Court, having reviewed the Parties' Stipulated Protective Order Concerning Discovery and Confidential Information, orders as follows:

The Parties' Stipulated Protective Order Concerning Discovery and Confidential Information is approved.

**IT IS SO ORDERED.**

Dated: __April 11__, 2019

~~Hon. Jesus G. Bernal~~
Magistrate Judge Sheri Pym