1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PAMELA RUBIN-KNUDSEN, an individual; and MARNINE CASILLAS, and individual on behalf of themselves, and all other persons similarly situated,

               Plaintiffs,

vs.

ARTHUR J. GALLAGHER & CO., a Delaware corporation, ARTHUR J. GALLAGHER SERVICE COMPANY, LLC, a limited liability company,

               Defendants.

Case No.:  2:18-cv-06227-JGB-SPx

**ORDER RE: JOINT STIPULATION TO ADVANCE HEARING DATE ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

## <u>ORDER</u>

Having considered the parties' Joint Stipulation to Advance the Hearing Date on Plaintiffs' <u>Unopposed</u> Motion for Preliminary Approval of Class Action Settlement, and having found good cause for the same, the Court orders that the hearing on Plaintiffs' <u>Unopposed</u> Motion for Preliminary Approval of Class Action Settlement currently scheduled for December 7, 2020 at 9:00 a.m. will be advanced and scheduled to be heard on <u>November 30, 2020</u> at 9 a.m., unless the Court determines it can rule on the motion without a hearing.

Dated: <u>November 10, 2020</u>

Hon. Jesus G. Bernal
United States District Court Judge

**ORDER RE JOINT STIPULATION TO ADVANCE HEARING DATE ON PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**