| | |
|---|---|
| 1 | FRANK SIMS & STOLPER LLP |
| 2 | Jason M. Frank (SBN 190957)<br>jfrank@lawfss.com |
| 3 | Scott H. Sims (SBN 234148)<br>ssims@lawfss.com |
| 4 | 19800 MacArthur Blvd., Suite 855<br>Irvine, California 92612 |
| 5 | Telephone:  949-201-2400<br>Facsimile:   949-201-2405 |
| 6 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA RUBIN-KNUDSEN, an individual; and MARNINE CASILLAS, and individual on behalf of themselves, and all other persons similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ARTHUR J. GALLAGHER & CO., a Delaware corporation, ARTHUR J. GALLAGHER SERVICE COMPANY, LLC, a limited liability company,<br><br>                    Defendants. | Case No.:  2:18-cv-06227-JGB-SPx<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**<br><br>[*Memorandum and Declarations of Jason M. Frank, Pamela Rubin-Knudsen, and Marnine Casillas, filed concurrently herewith*]<br><br>Date:         March 15, 2021<br>Time:        9:00 a.m.<br>Courtroom: 1<br>Judge:       Hon. Jesus G. Bernal |

**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on March 15, 2021 at 9:00 a.m. in Courtroom 1 of the United States District Court for the Central District of California, located at 3470 Twelfth Street, Riverside, California 92501, Plaintiffs Pamela Rubin-Knudsen and Marnine Casillas ("Plaintiffs") will and hereby do move for an order:

1. Awarding Class Counsel $2,666,667.00 in attorneys' fees and $123,046.62 in litigation costs;

2. Awarding Plaintiff Pamela Rubin-Knudsen an incentive award of $15,000.00; and

3. Awarding Plaintiff Marnine Casillas an incentive aware of $10,000.00.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declarations of Jason M. Frank, Pamela Rubin-Knudsen and Marnine Casillas, and such other and further material to be offered in response to any objections or at the hearing.

Dated: January 17, 2021          FRANK SIMS & STOLPER LLP

By:   /s/ *Jason M. Frank*
Jason M. Frank
Scott Sims
Attorneys for Plaintiffs

**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**