FRANK SIMS & STOLPER LLP
Jason M. Frank (SBN 190957)
jfrank@lawfss.com
Scott H. Sims (SBN 234148)
ssims@lawfss.com
19800 MacArthur Blvd., Suite 855
Irvine, California 92612
Telephone:   949-201-2400
Facsimile:    949-201-2405

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA RUBIN-KNUDSEN, an individual; and MARNINE CASILLAS, and individual on behalf of themselves, and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTHUR J. GALLAGHER & CO., a Delaware corporation, ARTHUR J. GALLAGHER SERVICE COMPANY, LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:18-cv-06227-JGB-SPx<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[*Memorandum, Declaration of Jason M. Frank, Declaration of Christopher Longley, [Proposed] Order and [Proposed] Judgment filed concurrently herewith*]<br><br>Date:         March 15, 2021<br>Time:         9:00 a.m.<br>Courtroom: 1<br>Judge:        Hon. Jesus G. Bernal |

1

**NOTICE OF MOTION AND PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on March 15, 2021 at 9:00 a.m. in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division, located at 3470 Twelfth Street, Riverside, California 92501, Plaintiffs Pamela Rubin-Knudsen and Marnine Casillas ("Plaintiffs") will and hereby do move for an order:

1. Granting final approval of the Class Action Settlement between Plaintiffs and Defendants Arthur J. Gallagher & Co. and Gallagher Service Company, LLC (the "Settlement").

2. Granting Class Counsel's request for attorneys' fees of $2,666,667.00 and costs of $123,046.62.

3. Awarding Plaintiffs an incentive award of $15,000.00 to Pamela Rubin-Knudsen and $10,000.00 to Marnine Casillas.

This Motion is based on this Notice of Motion and Unopposed Motion; the supporting Memorandum of Points and Authorities; the Declarations of Jason M. Frank and Christopher Longley, the pleadings on file herein, and such other and further material to be offered at the hearing.

Dated: February 15, 2021            FRANK SIMS & STOLPER LLP

                                    By:  /s/ Jason M. Frank
                                         Jason M. Frank
                                         Scott Sims