JS-6

FRANK SIMS STOLPER, LLP
Jason M. Frank (SBN 190957)
jfrank@lawfss.com
Scott H. Sims (SBN 234148)
ssims@lawfss.com
19800 MacArthur Blvd., Suite 855
Irvine, California 92612
Telephone:   (949) 201-2400
Facsimile:   (949) 201-2405

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA RUBIN-KNUDSEN, an individual; and MARNINE CASILLAS, an individual on behalf of themselves, and all other persons similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>ARTHUR J. GALLAGHER & CO., a Delaware corporation, ARTHUR J. GALLAGHER SERVICE COMPANY, LLC, a limited liability company,<br><br>　　　　　　　Defendants. | Case No.:  2:18-CV-06227-JGB(SPx)<br><br>**JUDGMENT** |

# JUDGMENT

Plaintiffs Pamela Rubin-Knudsen and Marnine Casillas ("Plaintiffs") and Defendants Arthur J. Gallagher & Co. and Gallagher Service Company, LLC ("Gallagher") entered into a Stipulation of Class and Representative Action Settlement and Release (the "Agreement"). (Dkt. 79-2.) On November 9, 2020, Plaintiffs moved for preliminary approval of the Agreement and the terms thereof. (Dkt. 79.) On November 24, 2020, this Court granted preliminary approval of the Agreement, conditionally certified the settlement class for settlement purposes pursuant to Rule 23 of the Federal Rules of Civil Procedure, approved the form of the Notice of class action settlement ("Notice") and authorized the mailing of Notice to the Class Members. (Dkt. 82.)

On January 17, 2021, Plaintiffs filed a Motion for Attorneys' Fees, Costs and Incentive Awards (Dkt. 83) and on February 15, 2021, Plaintiffs filed a Motion for Final Approval of Class Action Settlement ("Approval Motion). Gallagher did not oppose the Motions. The Court held a hearing on the Approval Motion on March 15, 2021 and granted final approval of the Settlement.

Therefore, the Court HEREBY ORDERS THAT judgment shall be and hereby is entered in the above-captioned action on the terms set forth in the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs and Incentive Award, which are incorporated by this reference as though set forth in full. All claims against Defendants Arthur J. Gallagher & Co. and Arthur J. Gallagher Service Company, LLC are DISMISSED WITH PREJUDICE.

The Clerk is directed to enter this Judgment pursuant to Federal Rule of Civil Procedure 58. This judgment will be held in abeyance and will not become effective until expiration of the 90-day CAFA period on May 4, 2021.

/ / /

/ / /

/ / /

1  IT IS SO ORDERED.

3  DATED: March 19, 2021

HON. JESUS G. BERNAL
United States District Judge